# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | )<br>) |
| Plaintiff, | ) No. CV 91-392-2-TUC-CKJ<br>) |
| vs. | )<br>) |
| Dennis Eugene Hearron, | ) **ORDER FOR WRIT TO ISSUE FOR**<br>) **DENNIS EUGENE HEARRON (#03723-**<br>) **008)** |
| Defendant. | ) |

IT IS ORDERED a Writ of Habeas Corpus Ad Testificandum for Dennis Eugene Hearron (# 03723-008).

IT IS FURTHER ORDERED the Clerk of Court is hereby instructed to issue a Writ of Habeas Corpus Ad Testificandum to the Warden, FCI Terre Haute, or his duly authorized Deputy, to bring Dennis Eugene Hearron, #03723-008, FCI Terre Haute, 4200 Bureau Road North, Terre Haute, IN 47808, to the Evo A. DeConcini U.S. Courthouse, 405 West Congress Street, Tucson, AZ 85701-5052, for evidentiary hearing before the Honorable Cindy K. Jorgenson, Courtroom 5C, on June 3, 2020, at 9:15 a.m. Mr. Hearron should be brought that day and remain available to testify until he is informed by the Court that he is no longer needed for evidentiary hearing. The evidentiary hearing is expected to last one-half (1/2) day.

Upon completion of the need for Mr. Hearron's presence at the evidentiary hearing, Dennis Eugene Hearron will be returned to the custody of FCI Terre Haute, 4200 Bureau Road North, Terre Haute, IN 47808.

IT IS FURTHER ORDERED the Clerk of Court shall provide a certified copy of the

Writ of Habeas Corpus Ad Testificandum and a certified copy of the Order for Writ to Issue to counsel for Defendant. Counsel for Defendant shall provide the certified documents to FCI Terre Haute to facilitate the transportation of Dennis Eugene Hearron.

    IT IS FURTHER ORDERED the Clerk of Court shall provide a copy of the Writ of Habeas Corpus Ad Testificandum and a copy of this Order for Writ to Issue to the U.S. Marshals Service.

    DATED this 9th day of March, 2020.

_____
Cindy K. Jorgenson
United States District Judge